**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80266-CIV-CANNON/McCabe**

**DAVID MUSLIN** and **ELLEN MUSLIN,**

Plaintiffs,

v.

**FEDERAL INSURANCE COMPANY,**

Defendant.
____________________________________/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on May 20, 2026, in which the parties advise that they have settled this matter [ECF No. 29]. The Court has carefully reviewed the file and is fully advised. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Joint Stipulation of Dismissal on or before **July 6, 2026**. *See* Fed. R. Civ P. 41.
2. The parties are advised that the Court generally does not retain jurisdiction over private settlement agreements, regarding them as a matter of private contract between the parties. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1281 (11th Cir. 2012).
3. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.
4. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of May 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record