**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 9:26-cv-80266-AMC**

DAVID MUSLIN and ELLEN MUSLIN,

*Plaintiffs,*

v.

FEDERAL INSURANCE COMPANY,

*Defendant.*
_________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant, Federal Insurance Company ("Defendant") and Plaintiffs, David Muslin and Ellen Muslin ("Plaintiffs"), hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to the Court's Order (Doc 31). The Parties stipulate and agree to the dismissal of this action, including all claims asserted by Plaintiffs against Defendant, with prejudice, with each party to bear its own attorneys' fees and costs.

By: *_/s/David D. Barnhill, Esquire_*
**McDonald & Barnhill, P.A.**
David D. Barnhill, Esquire
Florida Bar No. 90442
Andrew P. McDonald, Esquire
Florida Bar No. 805661
505 S. Magnolia Avenue
Tampa, FL 33606
Telephone: (813) 265-2020
Facsimile: (813) 200-2030
eservice@mcdonaldbarnhill.com
***Counsel for Plaintiffs***

By: *_/s/Stephanie Roman, Esquire_*
**Cozen O'Connor**
Stephanie Roman, Esquire
Florida Bar No. 1024952
Telephone: (305) 397-0847
sroman@cozen.com
Tiffany Bustamante, Esquire
Florida Bar No. 117643
tbustamante@cozen.com
Telephone: (305) 704-5940
200 South Biscayne Blvd.,
Ste. 3000
Miami, FL 33131
***Counsels for Defendant, Federal Insurance Company***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _13th_ day of July, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the attached Service List by Electronic Mail.

*/s/ Stephanie Roman*
Stephanie Roman, Esq.

**SERVICE LIST**

Andrew P. McDonald, Esquire
Florida Bar No.: 805661
David D. Barnhill, Esquire
Florida Bar No: 90442
**McDonald & Barnhill, P.A.**
505 S. Magnolia Avenue
Tampa, FL 33606
(813) 265-2020 telephone
(813) 200-2030 facsimile
eservice@mcdonaldbarnhill.com
***Attorneys for Plaintiffs***